B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>__Northern__ District of __Illinois__ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Von Huene, George | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):    8012 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>372 South Tyron<br>Woodstock, IL 60098 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>McHenry                              60098 | ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☒ Chapter 7     ☐ Chapter 11 |

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☒ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B5 (Official Form 5) (12/07) – Page 2            Name of Debtor    Von Huene, George

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____ / Signature of Petitioner or Representative (State title)
Harris N.A.
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Harris N.A.
111 West Monroe Street
Chicago, IL 60603

x _____ / Signature of Attorney                Date
Jamie S. Cassel
Name of Attorney Firm (If any)
Address
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107

Telephone No. (815) 987-4050

x _____ William _____-Pres.
Signature of Petitioner or Representative (State title)
First National Bank of McHenry
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
First National Bank of McHenry
3814 West Elm Street
McHenry, IL 60050

x _____ 2/25/08
Signature of Attorney                Date
Don Stinespring Jr.
Name of Attorney Firm (If any)
Address
5414 Hill Road
P.O. Box 382
Richmond, IL 60071

Telephone No. (815) 678-4553

x _____
Signature of Petitioner or Representative (State title)
Robert Lickfelt
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Lickfelt
Represented by Attorney Paul Krieg
226 West Judd
Woodstock, IL 60098

x _____
Signature of Attorney                Date
Paul Krieg
Name of Attorney Firm (If any)
Address
226 West Judd
Woodstock, IL 60098

Telephone No. (815) 338-4909

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Harris N.A., 111 West Monroe Street, Chicago, IL 60603 | Judgments | $1,145,929.59 + as attached |
| First National Bank of McHenry, 3814 W. Elm Street, McHenry, IL 60050 | Judgment | $409,879.82 + interest |
| Robert Lickfelt, c/o 226 West Judd, Woodstock, IL 60098 | Contract Claim | $96,296.10 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
$1,652,105.51

continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor_____Von Huene, George_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Harris N.A. | Jamie S. Cassel |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Harris N.A.  111 West Monroe Street  Chicago, IL 60603 | Address  Reno & Zahm LLP  2902 McFarland Road, Suite 400  Rockford, IL 61107  Telephone No. (815) 987-4050 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| First National Bank of McHenry | Don Stinespring Jr. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:  First National Bank of McHenry  3814 West Elm Street  McHenry, IL 60050 | Address  5414 Hill Road  P.O. Box 382  Richmond, IL 60071  Telephone No. (815) 678-4553 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Robert Lickfelt | Paul Krieg |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Robert Lickfelt  Represented by Attorney Paul Krieg  226 West Judd  Woodstock, IL 60098 | Address  226 West Judd  Woodstock, IL 60098  Telephone No. (815) 338-4909 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Harris N.A., 111 West Monroe Street, Chicago, IL 60603 | Judgments | $1,145,929.59 + as attached |
| First National Bank of McHenry, 3814 W. Elm Street, McHenry, IL 60050 | ~~Judgment~~ | $409,879.82 + interest |
| Robert Lickfelt, c/o 226 West Judd, Woodstock, IL 60098 | Contract Claim | $96,296.10 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $1,652,105.51 |

_____continuation sheets attached